**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TERESA Y. WALTON, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 2:19-CV-00343-JRG |
| § | |
| EDWARD SLOAN AND ASSOCIATES, INC., § | |
| § | |
| *Defendant.* § | |

## ORDER

Before the Court is Plaintiff Teresa Y. Walton's Unopposed Motion to Appear Telephonically for the Scheduling Conference (the "Motion"). (Dkt. No. 10.) It is the Court's longstanding policy to require that each party have a representative attend the Scheduling Conference in person. The Court finds this practice promotes civility, professionalism, and otherwise benefits the Court and the parties. This Court has not routinely permitted scheduling conferences to be done telephonically. Accordingly, the Court is of the opinion that the Motion should be and hereby is **DENIED**. The Court notes that in prior situations like this, parties have often retained local counsel to represent them at the scheduling conference, and such may be appropriate here.

**So ORDERED and SIGNED this 3rd day of January, 2020.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE