# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TERESA Y. WALTON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00343-JRG |
| | § | |
| EDWARD SLOAN AND ASSOCIATES, INC., | § § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is Plaintiff Teresa Y. Walton's ("Walton") Unopposed Motion to Extend Time to Designate Local Counsel and Continue Scheduling Conference (the "Motion"). (Dkt. No. 12.) In the Motion, Walton moves to extend time to designate local counsel and seeks a continuance of the Scheduling Conference set for January 28, 2020.

Having considered the Motion and its unopposed nature, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the Scheduling Conference for this case will be rescheduled to a day and time to be later set by the Court. Absent extraordinary circumstances, the Parties should not expect further continuances of the Scheduling Conference.

**So ORDERED and SIGNED this 27th day of January, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE