**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TERESA Y. WALTON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:19-CV-00343-JRG |
| | § | |
| EDWARD SLOAN AND ASSOCIATES, INC., | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

## <u>ORDER</u>

Before the Court is Teresa Y. Walton's ("Walton") Unopposed Motion to Allow Plaintiff's Counsel to Appear by Telephone at the Scheduling Conference (the "Motion"). (Dkt. No. 15.) In the Motion, Walton requests to appear telephonically at the Scheduling Conference currently set for March 23, 2020. Walton made a similar motion on January 3, 2020 when the case was set for the January 28, 2020 Scheduling Conference. (Dkt. No. 10.) The Court denied that motion and noted that "in prior situations like this, parties have often retained local counsel to represent them at the scheduling conference, and such may be appropriate here." (Dkt. No. 11.)

On January 27, 2020, Walton moved to extend the time to designate local counsel and continue the scheduling conference set for January 28, 2020. (Dkt. No. 12.) The Court granted Walton's request and reset this case for scheduling on March 23, 2020. (Dkt. No. 13; Dkt. No. 14.) Now, after the Court has given Walton an additional two months to appear for scheduling or retain local counsel to appear at scheduling for him, Walton again seeks the same relief the Court previously denied without any explanation for its obvious failure to act within this extra two month interval. Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **DENIED**.

So **ORDERED and SIGNED** this 17th day of March, 2020.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE