**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TERESA Y. WALTON, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> EDWARD SLOAN AND ASSOCIATES, § <br> INC., § <br> § <br> *Defendant*. § | CIVIL ACTION NO. 2:19-CV-00343-JRG |

**ORDER**

On March 17, 2020, the Court entered an Order (the "Prior Order") denying Plaintiff Teresa Y. Walton's Unopposed Motion to Allow Plaintiff's Counsel to Appear by Telephone at the Scheduling Conference (the "Motion") (Dkt. No. 15). (Dkt. No. 16.) The Court now **VACATES** the Prior Order and in lieu thereof enters this Order.

Having considered the Motion and the rapid developments relating to Novel Coronavirus (COVID-19), the Court is of the opinion that the Motion should be and hereby is **GRANTED**. Accordingly, the parties are permitted to appear telephonically at the Scheduling Conference currently set for March 23, 2020. Instructions regarding how to participate in the Scheduling Conference telephonically are forthcoming.

**So ORDERED and SIGNED this 19th day of March, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE